# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| JAMES DIMORA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>NORTHEAST OHIO CORRECTIONAL CENTER; CORRECTIONS CORPORATION OF AMERICA; FEDERAL BUREAU OF PRISONS,<br><br>　　　　　　Defendants. | Civil Action No. 4:14-cv-01221-BYP<br><br>Judge: Benita Y. Pearson<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF, JAMES DIMORA** |

　　　　Pursuant to Rules 26 and 30 of the FEDERAL RULES OF CIVIL PROCEDURE, please take notice that counsel for Defendants will take the deposition of Plaintiff, James Dimora, on **Thursday, September 10, 2015, at 10:00 a.m.** at FCI Victorville Medium II, 13777 Air Expressway Blvd., Victorville, California 92394.

　　　　The deposition will be preserved by stenographic means before an officer authorized by law to administer oaths.  Defendants reserve the right to videotape this deposition.

/ / /

/ / /

/ / /

/ / /

/ / /

DATED this 4th day of September, 2015.

By: */s/ Timothy J. Bojanowski*
Timothy J. Bojanowski, Bar No. 0016162
STRUCK WIENEKE & LOVE, P.L.C.
3100 West Ray Road, Suite 300
Chandler, AZ  85226
Telephone:  (480) 420-1600
Facsimile:   (480) 420-1699

*Attorney for Defendants Northeast Ohio Correctional Center and Corrections Corporation of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Dennis A. Lieberman, Esq.
dlieberman@flhslaw.com
Attorney for Plaintiff

*/s/ Timothy J. Bojanowski*
Timothy J. Bojanowski

2