PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JAMES DIMORA, | ) |
| | ) CASE NO. 4:14CV1221 |
| Plaintiff, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| NORTHEAST OHIO CORRECTIONS CENTER, *et al.*, | ) |
| | ) |
| | ) **ORDER** |
| Defendants. | ) [Resolving ECF No. 45] |

Pending is Plaintiff James Dimora's unopposed Motion to Continue the April 4, 2016 Trial Date (ECF No. 45). For good cause shown, the motion is granted.

The case is reset for trial by jury on May 9, 2016, at 9:00 a.m. The terms of the Civil Trial Order (ECF No. 31) entered on August 19, 2015 shall be complied with by the parties and lead counsel of record.

IT IS SO ORDERED.

| | |
|---|---|
| March 17, 2016 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |