PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JAMES DIMORA, | ) |
|   Plaintiff, | ) CASE NO. 4:14CV1221 |
| v. | ) JUDGE BENITA Y. PEARSON |
| NORTHEAST OHIO CORRECTIONS CENTER, *et al.*, | ) |
|   Defendants. | ) **ORDER OF DISMISSAL** [Resolving ECF No. 47] |

The Court was informed by Plaintiff's Motion to Continue Trial Date (ECF No. 47) that the parties have reached a settlement in principle.  ECF No. 47 at PageID #: 404.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

Upon resolution of Plaintiff's dispute with the law firm of Lillie & Holderman for unpaid legal fees for representing Plaintiff in his criminal matter,[1] the parties in the above-entitled action shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Trial set for May 9, 2016 is cancelled.  Plaintiff's Motion to Continue Trial Date (ECF No. 47) is denied as moot.

IT IS SO ORDERED.

  April 14, 2016                         */s/ Benita Y. Pearson*
Date                                      Benita Y. Pearson
                                          United States District Judge

---

[1] In March 2016, Lillie & Holderman filed a Creditor's Bill against James Dimora and Corrections Corporation of America dba Northeast Ohio Corrections Center in the Cuyahoga County, Ohio Common Pleas Court.  *Lillie & Holderman v. Dimora*, No. CV 16-860529 (Cuyahoga Cty. Ct. of Common Pleas filed March 17, 2016).